**Opinion issued July 21, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-26-00716-CV

_____

### IN RE WONISHA TATUM, RELATOR

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Wonisha Tatum has filed petition for writ of mandamus challenging the trial court's contempt order as void.[1]  We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

---

[1] The underlying case is *Wonisha Tatum v. Daphne Noble*, cause number 2024-52922, pending in the 280th District Court of Harris County, Texas, the Honorable Damiane Dianne Curvey presiding.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.